IN THE UNITED STATES COURTS
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUN 26 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CAREY HARMON, III,<br><br>Defendant. | CR-19-155-BLG-SPW<br><br>ORDER EXCLUDING<br>SPECTATORS DURING JURY<br>SELECTION |

Due to COVID-19 restrictions, the Court is unable to provide proper social distancing for any spectators during jury selection on June 29, 2020.

Accordingly, IT IS HEREBY ORDERED spectators will be excluded from jury selection on June 29, 2020. Spectators will be permitted into the courthouse once the jury trial begins.

DATED this 26th of June 2020.

Susan P. Watters
United States District Judge