

RECEIVED
JUN 30 2020
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CAREY HARMON, III,<br><br>Defendant. | CR 19-155-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, EDWARD CAREY HARMON, III is hereby released from the custody of the U.S. Marshals Service.

DATED this 30th day of June, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1