AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

BILLINGS DIVISION DISTRICT OF MONTANA



FILED

JUN 3 0 2020

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA

V.

Edward Carey Harmon, III

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  CR-19-155-BLG-SPW

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Susan P. Watters, U.S. District Judge
Name and Title of Judge

6/30/2020
Date