# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED

JUL - 1 2020



Clerk, U.S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CAREY HARMON III,<br>aka Peanut,<br><br>Defendant. | CR 19-155-BLG-SPW<br><br>ORDER RESTRICTING<br>ACCESS TO VICTIM PHOTOS<br>SHOWN DURING TRIAL |

Upon the United States' Motion to Restrict Access to Victim Photos Shown During Trial (Doc. 43), and for good cause shown,

IT IS HEREBY ORDERED that photos of the victim shown at trial be designated as party access only and public disclosure prohibited.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 30th day of June, 2020.

SUSAN P. WATTERS
U.S. District Court Judge